944 So.2d 545 (2006)
L.D., a juvenile, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D06-631.
District Court of Appeal of Florida, Third District.
December 27, 2006.
Bennett H. Brummer, Public Defender, and Marti Rothenberg, Assistant Public Defender, for appellant.
Charles J. Crist, Jr., Attorney General, and Laura Moszer, Assistant Attorney General, for appellee.
Before GERSTEN, FLETCHER, and RAMIREZ, JJ.
*546 PER CURIAM.
Affirmed. See State v. DiGuilio, 491 So.2d 1129 (Fla.1986).